---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California _____
                                    (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an
  amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Delta Hospice of California, Inc. | |
| 2. | **All other names debtor used in the last 8 years** | N/A | |
| | Include any assumed names, trade names, and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 7 1-0984777 __ __ __ __ __ | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14726 Ramona Ave | |
| Number     Street | Number     Street |
| #200 | |
| | P.O. Box |
| Chino          CA    91710 | |
| City          State   ZIP Code | City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| San Bernardino | |
| County | Number     Street |
| | |
| | City          State   ZIP Code |

| | | | |
|---|---|---|---|
| 5. | **Debtor's website (URL)** | www.deltahospiceca.com | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) | |
| | | ☐ Partnership (excluding  LLP) | |
| | | ☐ Other. Specify: _____ | |

Debtor **Delta Hospice of California, Inc.**     Case number (if known)_____
_Name_

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

6 2 1 6 1 0 __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When __/__/____ (MM/DD/YYYY) Case number _____
District _____ When __/__/____ (MM/DD/YYYY) Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____
District _____ When __/__/____ (MM/DD/YYYY)
Case number, if known _____

| Debtor | Delta Hospice of California, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street | | |
|---|---|---|---|
| City | | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Delta Hospice of California, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/31/2019___
MM / DD / YYYY

✗ _____       Vivian Obiamalu
Signature of authorized representative of debtor       Printed name

Title ___CEO/COO, Administrator___

**18. Signature of attorney**

✗ _____       Date ___10/31/2019___
Signature of attorney for debtor       MM / DD / YYYY

David A. Akintimoye
Printed name

Law office of David Akintimoye
Firm name

13800 Heacock Street Suite D113
Number      Street

Moreno Valley                              CA      92553
City                                       State   ZIP Code

951-656-5777                               daa225110@gmail.com
Contact phone                              Email address

225110                                     CA
Bar number                                 State

CERTIFICATE OF THE CHIEF EXECUTIVE OFFICER OF A RESOLUTION OF THE BOARD OF
DIRECTORS OF DELTA HOSPICE OF CALIFORNIA, A CALIFORNIA CORPORATION AUTHORIZING
THE FILING OF A PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE.

I, Vivian Obiamalu, a majority shareholder and Chief Executive Officer of Delta Hospice of
California, Inc., do hereby certify:

1 I am a shareholder and Chief Executive Officer of Delta Hospice of California, Inc. I own 51%
of the stocks of this closely held corporation. The other 49% stock is held by my husband,
Raymond Obiamalu. My husband is also a director of the corporation. At the Board of directors'
meeting held on October 20, 2019, it was resolved that Delta Hospice of California, Inc. should
file a bankruptcy petition.

2. The board has resolved, authorized and appointed counsel for Delta Hospice of California, Inc.
to prepare a petition to be filed by the Delta Hospice of California, Inc., under the provisions of
Chapter 11 of the Bankruptcy Code.

3. The board has also authorized me as the Chief Executive Officer of the corporation to execute
and file all bankruptcy petitions, schedules, lists and other papers and to take any and all action
which I shall deem necessary and proper in connection with such proceedings under said Chapter
11, and in that connection to retain and employ all assistance by legal counsel or otherwise
which they may deem necessary and proper with a view to the successful prosecution of such
proceedings.

4. We have further resolved that the Law office of David Akintimoye, be and is hereby retained
as attorneys for Delta Hospice of California, Inc. in connection with the institution and
prosecution of such proceedings.

This action by written consent and the resolution adopted hereby shall be filed with the minutes
of the corporation.

Executed this October 23, 2019

Vivian Obiamalu, Chief Executive Officer
Delta Hospice of California, Inc.

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

Debtor name **Delta Hospice of California, Inc.**

United States Bankruptcy Court for the: **Central** _____ District of **California**
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NGS MEDICARE 8115 KNUE RD INDIANAPOLIS INDIANA 46250 | TRACY MAXWELL J6A.ERS.Requests@Anthem.com | HOSPICE CAP LOAN | NOT DISPUTED | | | 65,000 |
| 2 | NGS MEDICARE 8115 KNUE RD INDIANAPOLIS INDIANA 46250 | TRACY MAXWELL J6A.ERS.Requests@Anthem.com | HOSPICE CAP LOAN | NOT DISPUTED | | | 200,000 |
| 3 | NGS MEDICARE 8115 KNUE RD INDIANAPOLIS INDIANA 46250 | TRACY MAXWELL J6A.ERS.Requests@Anthem.com | HOSPICE CAP LOAN | NOT DISPUTED | | | 150,000 |
| 4 | NGS MEDICARE 8115 KNUE RD INDIANAPOLIS INDIANA 46250 | TRACY MAXWELL J6A.ERS.Requests@Anthem.com | HOSPICE CAP LOAN | NOT DISPUTED | | | 100,000 |
| 5 | NGS MEDICARE 8115 KNUE RD INDIANAPOLIS INDIANA 46250 | TRACY MAXWELL J6A.ERS.Requests@Anthem.com | HOSPICE CAP LOAN | NOT DISPUTED | | | 60,000 |
| 6 | NGS MEDICARE 8115 KNUE RD INDIANAPOLIS INDIANA 46250 | TRACY MAXWELL J6A.ERS.Requests@Anthem.com | HOSPICE CAP LOAN | NOT DISPUTED | | | 55,000 |
| 7 | NGS MEDICARE 8115 KNUE RD INDIANAPOLIS INDIANA 46250 | TRACY MAXWELL J6A.ERS.Requests@Anthem.com | HOSPICE CAP LOAN | NOT DISPUTED | | | 20,000 |
| 8 | NGS MEDICARE 8115 KNUE RD INDIANAPOLIS INDIANA 46250 | TRACY MAXWELL J6A.ERS.Requests@Anthem.com | HOSPICE CAP LOAN | NOT DISPUTED | | | 40,000 |

| Debtor | Delta Hospice of California, Inc. | | | Case number (if known) | | | |
| | Name | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | SLATER V. DELTA BRIANA KIM, ESQ. 249 E. OCEAN BL., LONG BEACH CA 90802 | SIMPLURIS 3194-C AIRPORT LOOP COSTA MESA 92626 jsalinas@simpluris.com | lawsuit | | | | 150,000 |
| 10 | LITTLER MENDELSON 633 W. 5TH ST, FL 63 LOS ANGELES CA 90071 | ROBERT BLUMBERG rblumberg@littler.com | legal fees | | | | 30,000 |
| 11 | ELITE HEALTHCARE PARTNERS DBA HOSPICESOURCE | GARY BEMIS, ESQ. 3870 LA SIERRA AVE, #239, RIVERSIDE CA 92505 | MEDICAL SUPPLIES CONTRACT | | | | 55,000 |
| 12 | MCKESSON | GABA GUERRINI LAW CORP 8383 IRVINE CTR, #500 IRVINE CA 92618 | MEDICAL SUPPLIES CONTRACTO | | | | 55,000 |
| 13 | POSEIDON CHINO CORP | MANAL ASKANDER 14726 RAMONA AVE, FL. 3 CHINO CA 91710 | OFFICE LEASE | | | | 20,000 |
| 14 | NATIONAL FIRE LIABILITY | JOSEPH STINES THE LEVITON LAW FIR 3 GOLF CTR., #361 HOFFMAN EST IL 60169 | WORKERS COMP INS | | | | 40,000 |
| 15 | BREA IMPERIAL PLAZA | 41593 WINCHESTER RD, #200 TEMECULA CA 92590 | OFFICE LEASE | | | | 35,000 |
| 16 | TIAA COMMERCIAL FINANCE, INC. P.O.BOX 911608, DENVER CO 80291 | ehorton@financeservicecenter.com | COPIER LEASE | | | | 20,000 |
| 17 | MARLIN LEASING | SERGIO I. SCUTERI, ESQ. 8000 MIDLANTIC DR, #300, MT. LAUREL NJ | COPIER LEASE LAWSUIT | | | | 20,000 |
| 18 | WIIRE | ATTLESEY STORM 2552 WALNUT AVE, #100 TUSTIN CA 92780 | SETTLEMENT | | | | 20,000 |
| 19 | INTERNAL REVENUE SERVICE ATTN: M. ROHNER | 290 N D ST., SAN BERNARDINO CA 92401 | PAYROLL TAXES | | | | 65,000 |
| 20 | EDD ATTN: CAMELIA RAMIREZ | 646 N. SIERRA WAY SAN BERNARDINO CA 92410 | PAYROLL TAXES | | | | 35,000 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID A. AKINTIMOYE SBN225110<br>LAW OFFICE OF DAVID AKINTIMOYE<br>13800 HEACOCK STREET SUITE D113<br>MORENO VALLEY CA 92553<br>TEL:951-656-5777<br>EMAIL: DAA225110@GMAIL.COM | |
| ☒ *Attorney for:* Delta Hospice of California, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>DELTA HOSPICE OF CALIFORNIA, INC.<br><br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* VIVIAN OBIAMALU_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____
    _____
    _____

    [For additional names, attach an addendum to this form.]

b.    ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  11/01/2019                    By:  _____
                                          Signature of Debtor or attorney for Debtor

                                     Name:  VIVIAN OBIAMALU
                                          Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2            **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID A. AKINTIMOYE SBN225110<br>LAW OFFICE OF DAVID AKINTIMOYE<br>13800 HEACOCK STREET SUITE D113<br>MORENO VALLEY CA 92553<br>TEL: 951-656-5777<br>FAX: 951-656-2999<br>EMAIL: DAA225110@GMAIL.COM | |
| ☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>DELTA HOSPICE OF CALIFORNIA, INC.<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of
_5_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _11/1/19_

Date: _11/1/19_

Date: _11/1/19_

_____
Signature of Debtor 1

_____
Signature of Debtor 2 (joint debtor) (if applicable)

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                    F 1007-1.MAILING.LIST.VERIFICATION

ADP
P.O. BOX 12513
EL PASO, TX 79912

ARENT FOX
555 WEST 5TH ST.48TH FL
LOS ANGELES, CA 90013

BANK OF AMERICA
735 N EUCLID AVENUE
ONTARIO, CA 91762

BREA IMPERIAL PLAZA
41593 WINCHESTER ROAD, #200
TEMECULA, CA 92590

CARLOS MORAN
P. O. BOX 2683
CHINO HILLS, CA 91709

CA DEPT. OF PUBLIC HEALTH
P.O. BOX 997376
SACRAMENTO, CA 95899-7376

CEDAR HOLDING DBA HIGHLAND PALMS
7534 PALM AVENUE
HIGHLAND, CA 92346

COUNTY OF SAN BERNARDINO
268 WEST HOSPITALITY 1ST FL
SAN BERNARDINO CA 92415-0465

1

EMPLOYMENT DEVELOPMENT DEPARTMENT
ATTN: CAMELIA RAMIREZ
646 N. SIERRA WAY
SAN BERNARDINO, CA 92410

FRANK PECK II
13920 CITY CENTER DR. #210
CHINO HILLS, CA 91710

ELITE HEALTHCARE PARTNERS DBA HOSPICE SOURCE
ATTN: GARY BEMIS ESQ.
3870 LA SIERRA AVENUE, #239
RIVERSIDE, CA 92505

FRANCHISE TAX BOARD,
P.O. BOX 942857
SACRAMENTO, CA 94257-0511

FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI, OH 45274-0407

HENDRICK FIRE PROTECTION
13309 CENTRAL AVENUE
CHINO CA 91710

INTERNAL REVENUE SERVICE
ATTN: M. ROHNER
290 N. D ST.,
SAN BERNARDINO CA 92401

LAUREL WELLNESS & NURSING
7509 LAUREL AVENUE
FONTANA, CA 92336

LITTLE MENDELSON
633 W. 5TH ST, FL 63
LOS ANGELES, CA 90071

MARLING LEASING
SERGIO I. SCUTERI, ESQ.
8000 MIDLANTIC DR, #300, MT. LAUREL NJ

MCKESSON
GABA GUERRINI LAW CORP
8383 IRVINE CTR, #500
IRVINE CA 92618

MEDEXPRESS DRUG SYSTEMS
425 W. RIDER ST., #B2
PERRIS CA 92571

NATIONAL FIRE LIABILITY
C/O THE LEVITON LAW FIR
3 GOLF CTR., #361
HOFFMAN EST IL 60169

NGS MEDICARE
8115 KNUE RD
INDIANAPOLIS INDIANA 46250

PAYCHEX, INC.
PO BOX 911931
DALLAS TX 75391

PINNACLE HEALTHCARE
5383 S. 900 EAST #204
SALT LAKE CITY UT 84117

POSEIDON CHINO CORP
MANAL ASKANDER
14726 RAMONA AVE, FL. 3
CHINO CA 91710

ROBERT LEGATE, ESQ.
2753 CAMINO CAPISTRANO, #A101
SAN CLEMENTE CA 92672

SLATER V. DELTA
BRIANA KIM, ESQ.
249 E. OCEAN BL., LONG BEACH CA 90802

SPECTRUM
PO BOX 60074
CITY OF INDUSTRY CA 91716

SPRINT
PO BOX 4181
CAROL STREAM IL 60197-4181

SRG LAW GROUP
8241 WHITE OAK AVENUE
RANCHO CUCAMONGA CA 91730

TIAA COMMERCIAL FINANCE, INC.
P O BOX. 911608
DENVER CO 80291-1608

THE HEALTH GROUP
6220 MID ATLANTIC DT.
MORGANTOWN WV 26508

TIM EJINDU
14726 RAMONA AVE, #200
CHINO CA 91765

T-MOBILE
P.O. BOX 790047
ST. LOUIS MO 63179-0047

WIIRE
ATTLESEY STORM
2552 WALNUT AVE, #100
TUSTIN CA 92780