# United States Bankruptcy Court
## Central District of California

In re: Delta Hospice of California Inc

CHAPTER NO.: 11

CASE NO.: 6:19–bk–19750–SC

# NOTICE OF CASE DEFICIENCY
## UNDER 11 U.S.C. § 521(a)(1) AND BANKRUPTCY RULE 1007

**To Debtor and Debtor's Attorney of Record,**

**Pursuant to F.R.B.P. 1007, you must file the following documents within 14 days from the date of the filing of your petition. Your case may be dismissed if you fail to do so.**

- **Summary (Form 106Sum or 206Sum)**
- **Schd A/B (Form 106A/B or 206A/B)**
- **Schedule D (Form 106D or 206D)**
- **Eq. Sec. Hold. List**
- **Schd E/F (Form 106E/F or 206E/F)**
- **Decl for Non–Indiv (Form 202)**
- **Schedule G (Form 106G or 206G)**
- **Schedule H (Form 106H or 206H)**
- **StmtFinAffairs (Form 107 or 207)**

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1) File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005–2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2) File and serve a motion for an order extending the time to file the required document(s).

**IF YOU DO NOT COMPLY**, in a timely manner with either of the above alternatives, your case may be the subject of an order to show cause to dismiss the case. Motion for extension of time to file schedules and other papers shall comply with Local Bankruptcy Rule 1007–1, and shall be supported by admissible evidence demonstrating cause for the requested extension.

Dated: <u>November 1, 2019</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court