| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David A. Akintimoye SBN225110<br>Law office of David Akintimoye<br>13800 Heacock Street Suite D113<br>Moreno Valley CA 92553<br>Tel: 951-656-5777<br>Fax: 951-656-2999<br>Email: daa225110@gmail.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Delta Hospice of California, inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re: | CASE NO.: 6:19-bk-19750-SC |
|---|---|
| | CHAPTER: 11 |
| DELTA HOSPICE OF CALIFORNIA, INC. | **NOTICE OF MOTION FOR:**<br>Order pursuant to 11 USC 366 (i) Prohibiting utilities service providers from altering, refusing or discontinuing services to, or discriminating against the debtor, (ii) providing that a single deposit for all debtor's utilities shall constitute "adequate assurance" of future payment;<br><br>(*Specify name of Motion*) |
| Debtor(s). | DATE: 12/03/2019<br>TIME: 1:30 pm<br>COURTROOM: Video Hearing Room 126<br>PLACE: 3420 Twelfth Street<br>         Riverside CA 92501 |

1. TO (*specify name*): Tiger Connect, T-Mobile, Vonage Business phone, Spectrum, Nextiva, At & T and Efax

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 1                          F 9013-1.1.HEARING.NOTICE

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 11/05/2019

Law office of David Akintimoye
Printed name of law firm

*[Signature]*
Signature

David A. Akintimoye
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                                    F 9013-1.1.HEARING.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law office of David Akintimoye, 13800 Heacock Street, Suite D113, Moreno Valley CA 92553

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
Order pursuant to 11 USC 366 (i) Prohibiting utilities service providers from altering, refusing or discontinuing services to, or discriminating against the debtor
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/05/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
United States Trustee RS ustpregion.16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/05/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

(1.) Hon. Scott C. Clarkson, United States Bankruptcy Judge, 411 West 4th St. Suite 5130, Santa Ana CA 92701
(2.) Tiger Connect, Attn: President, 2110 Broadway, Santa Monica CA 90404 (3) T-Mobile, T-Mobile Bankruptcy Team, PO Box 53410 Bellevue, WA 98015-3410 (4) Vonage Business Phones, 23 Main Street | Holmdel, NJ 07733
(5) Spectrum, 3347 Platt Springs Rd. West Columbia, SC 29170, Nextiva, 8800 E. Chaparral Rd. Scottsdale AZ. 85250

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/06/2019 | Elizabeth Akintimoye | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

POSEIDON CHINO CORP
MANAL ASKANDER
14726 RAMONA AVE, FL. 3
CHINO CA 91710

ROBERT LEGATE, ESQ.
2753 CAMINO CAPISTRANO, #A101
SAN CLEMENTE CA 92672

SLATER V. DELTA
BRIANA KIM, ESQ.
249 E. OCEAN BL., LONG BEACH CA 90802

SPECTRUM
PO BOX 60074
CITY OF INDUSTRY CA 91716

SPRINT
PO BOX 4181
CAROL STREAM IL 60197-4181

SRG LAW GROUP
8241 WHITE OAK AVENUE
RANCHO CUCAMONGA CA 91730

TIAA COMMERCIAL FINANCE, INC.
P O BOX. 911608
DENVER CO 80291-1608

THE HEALTH GROUP
6220 MID ATLANTIC DT.
MORGANTOWN WV 26508

LITTLE MENDELSON
633 W. 5TH ST, FL 63
LOS ANGELES, CA 90071

MARLING LEASING
SERGIO I. SCUTERI, ESQ.
8000 MIDLANTIC DR, #300, MT. LAUREL NJ

MCKESSON
GABA GUERRINI LAW CORP
8383 IRVINE CTR, #500
IRVINE CA 92618

MEDEXPRESS DRUG SYSTEMS
425 W. RIDER ST., #B2
PERRIS CA 92571

NATIONAL FIRE LIABILITY
C/O THE LEVITON LAW FIR
3 GOLF CTR., #361
HOFFMAN EST IL 60169

NGS MEDICARE
8115 KNUE RD
INDIANAPOLIS INDIANA 46250

PAYCHEX, INC.
PO BOX 911931
DALLAS TX 75391

PINNACLE HEALTHCARE
5383 S. 900 EAST #204
SALT LAKE CITY UT 84117

EMPLOYMENT DEVELOPMENT DEPARTMENT
ATTN: CAMELIA RAMIREZ
646 N. SIERRA WAY
SAN BERNARDINO, CA 92410

FRANK PECK II
13920 CITY CENTER DR. #210
CHINO HILLS, CA 91710

ELITE HEALTHCARE PARTNERS DBA HOSPICE SOURCE
ATTN: GARY BEMIS ESQ.
3870 LA SIERRA AVENUE, #239
RIVERSIDE, CA 92505

FRANCHISE TAX BOARD,
P.O. BOX 942857
SACRAMENTO, CA 94257-0511

FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI, OH 45274-0407

HENDRICK FIRE PROTECTION
13309 CENTRAL AVENUE
CHINO CA 91710


INTERNAL REVENUE SERVICE
ATTN: M. ROHNER
290 N. D ST.,
SAN BERNARDINO CA 92401

LAUREL WELLNESS & NURSING
7509 LAUREL AVENUE
FONTANA, CA 92336

2

ADP
P.O. BOX 12513
EL PASO, TX 79912

ARENT FOX
555 WEST 5TH ST. 48TH FL
LOS ANGELES, CA 90013

BANK OF AMERICA
735 N EUCLID AVENUE
ONTARIO, CA 91762

BREA IMPERIAL PLAZA
41593 WINCHESTER ROAD, #200
TEMECULA, CA 92590

CARLOS MORAN
P. O. BOX 2683
CHINO HILLS, CA 91709

CA DEPT. OF PUBLIC HEALTH
P.O. BOX 997376
SACRAMENTO, CA 95899-7376

CEDAR HOLDING DBA HIGHLAND PALMS
7534 PALM AVENUE
HIGHLAND, CA 92346

COUNTY OF SAN BERNARDINO
268 WEST HOSPITALITY 1ST FL
SAN BERNARDINO CA 92415-0465

AT & T
c/o Bankruptcy
4331 Communications Dr.
Fir 4W
Dallas TX 7511


EFAX aka J2 Global Inc.
6922 Hollywood Blvd. 5th Floor
Los Angeles USA 90028