# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ China _____, California

_____
Signature of Debtor

Date: 11/12/2019 _____

_____
Signature of Joint Debtor

December 2012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 1015-2.1.STMT.RELATED.CASES

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Delta Hospice of California, Inc. |
| United States Bankruptcy Court for the: | Central District of California, Riverside Division |
| Case number (if known): | Chapter __11__ |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

**1a. Real Property:**
Copy line 88 from *Schedule A/B*..................................................................................................... $0.00

**1b. Total personal property:**
Copy line 91A from *Schedule A/B*.................................................................................................... $3,183,013.00

**1c. Total of all property:**
Copy line 92 from *Schedule A/B*...................................................................................................... $3,183,013.00

## Part 2: Summary of Liabilities

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $701,210.81

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

**3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $24,485.72

**3b. Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................  **+** $536,314.49

**4. Total liabilities**.................................................................................................................................
Lines 2 + 3a + 3b

$1,262,011.02

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Delta Hospice of California, Inc. |
| United States Bankruptcy Court for the: | Central District of California, Riverside Division |
| Case number (if known): | 6:19-bk-19750-SC |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor: | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | _____ |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 U. S. Bank National Association | Checking account | 7204 | (Unknown) |
| 3.2 U.S. Bank National Association | Checking account | 7238 | (Unknown) |

4. **Other cash equivalents** *(Identify all)*

   None

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $0.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1 Poseidon Chino Corporate LLC | $100,000.00 |
|---|---|

Debtor    **Delta Hospice of California, Inc.**                                Case number *(if known)* _____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**
   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    $100,000.00

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                                                         **Current value of debtor's Interest**

11. **Accounts Receivable**

    11a. 90 days old or less:        __$35,000.00__        -        __$0.00__        = ...... →        $35,000.00
                                      face amount                doubtful or uncollectible accounts

    11b. Over 90 days old:           __$45,000.00__        -        __$0.00__        = ...... →        $45,000.00
                                      face amount                doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                             $80,000.00

---

## Part 4: Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                          **Valuation method used for current value**   **Current value of debtor's Interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                              % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

Official Form 106A/B                          Schedule A/B: Property                                  page **2**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Delta Hospice of California, Inc. |

United States Bankruptcy Court for the:

Central District of California, Riverside Division

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | _____ |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 U. S. Bank National Association | Checking account | 7204 | (Unknown) |
| 3.2 U.S. Bank National Association | Checking account | 7238 | (Unknown) |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| None | | | |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
|---|

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1 Poseidon Chino Corporate LLC | $9,513.00 |

Debtor   **Delta Hospice of California, Inc.**   Case number *(if known)* _____
    Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**

   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.           **$9,513.00**

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                **Current value of debtor's interest**

11. **Accounts Receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $35,000.00 | – | $0.00 | = ...... → | $35,000.00 |
| 11b. Over 90 days old: | $45,000.00 | – | $0.00 | = ...... → | $45,000.00 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        **$80,000.00**

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

          **Valuation method used for current value**      **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:                 % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Official Form 106A/B              **Schedule A/B: Property**             

Debtor    **Delta Hospice of California, Inc.**
　　　　　Name

Case number *(if known)*

None

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

None

20. **Work in progress**

None

21. **Finished goods, including goods held for resale**

None

22. **Other inventory or supplies**

None

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

---

Debtor    **Delta Hospice of California, Inc.**
_____    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

None

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

**30. Farm machinery and equipment** (Other than titled motor vehicles)

None

**31. Farm and fishing supplies, chemicals, and feed**

None

**32. Other farming and fishing-related property not already listed in Part 6**

None

**33. Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.    _____

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

Debtor    __Delta Hospice of California, Inc._____        Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

39.1 __Office furniture_____    (Unknown)    _____    $7,500.00

**40. Office fixtures**

None

**41. Office equipment, including all computer equipment and communication systems equipment and software**

41.1 __Computers_____    (Unknown)    _____    $6,000.00

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

None

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.    $13,500.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

None

**48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

---

Debtor    **Delta Hospice of California, Inc.**                                              Case number *(if known)* _____
              Name

         None

49.  **Aircraft and accessories**

         None

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

         None

51.  **Total of Part 8**
     Add lines 47 through 50. Copy the total to line 87.                                                        _____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ❑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ❑ Yes

---

**Part 9:    Real Property**

54.  **Does the debtor own or lease any real property?**
     ☑ No. Go to Part 10.
     ❑ Yes. Fill in the information below.

| General description Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

         None

56.  **Total of Part 9**
     Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          _____

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☑ No
     ❑ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☑ No
     ❑ Yes

---

**Part 10:    Intangibles and Intellectual Property**

---

Debtor  __Delta Hospice of California, Inc._____     Case number *(if known)* _____
        Name

**59.  Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| None | | | |
| **61.  Internet domain names and websites** | | | |
| None | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| 62.1  License and accreditation | (Unknown) | | $275,000.00 |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| None | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| None | | | |
| **65.  Goodwill** | | | |
| 65.1  Goodwill | (Unknown) | | $100,000.00 |

**66.  Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                                          $375,000.00

**67.  Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 11:   All other assets**

---

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Debtor    **Delta Hospice of California, Inc.**
          Name                                                                Case number *(if known)* _____

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|
| **71.** | **Notes receivable** | | |
| | Description (include name of obligor) | | |
| | **None** | | |
| | | | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)** | | |
| | Description (for example, federal, state, local) | | |
| | 72.1 **Net Operating Loss** | Tax year: **2016** | **$1,050,000.00** |
| | **Additional Page Total** - *See continuation page for additional entries* | | **$1,505,000.00** |
| **73.** | **Interests in insurance policies or annuities** | | |
| | **None** | | |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| | 74.1 _____ | | **$75,000.00** |
| | **Nature of Claim** _____ | | |
| | **Amount Requested** **$75,000.00** | | |
| | **Additional Page Total** - *See continuation page for additional entries* | | **$75,000.00** |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| | **None** | | |
| **76.** | **Trusts, equitable or future interests in property** | | |
| | 76.1 **Lease of property located at 14726 Ramona Avenue. Chino** | | **$0.00** |
| **77.** | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| | **None** | | |
| **78.** | **Total of Part 11** | | |
| | Add lines 71 through 77. Copy the total to line 90. | | **$2,705,000.00** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Delta Hospice of California, Inc.**    Case number *(if known)* _____
_____
Name

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,513.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $80,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $13,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................... | → | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $375,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $2,705,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $3,183,013.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................................    $3,183,013.00

| Debtor | Delta Hospice of California, Inc. | Case number *(if known)* |
|--------|-----------------------------------|--------------------------|
|        | Name                              |                          |

## Additional Page

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| **72.** Tax refunds and unused net operating losses (NOLs) - *Continued* | | | |
| Description (for example, federal, state, local) | | | |
| 72.2 **Net Operating loss** | Tax year: | 2017 | $875,000.00 |
| 72.3 **Net Operating loss** | Tax year: | 2018 | $630,000.00 |
| **74.** Causes of action against third parties (whether or not a lawsuit has been filed) - *Continued* | | | |
| 74.2 **NGS/Medicare** | | | |
| Nature of Claim    **Medicare billing** | | | |
| Amount Requested    **$75,000.00** | | | $75,000.00 |

Fill in this information to identify the case:

Debtor name _____ Delta Hospice of California, Inc. _____

United States Bankruptcy Court for the:
_____ Central District of California, Riverside Division _____

Case number (if known): 6'19-bk-19750-SC _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** 

| Creditor's name | Describe debtor's property that is subject to a lien | $701,210.81 | unknown |
|---|---|---|---|
| Internal Revenue Service | Describe the lien | | |

**Creditor's mailing address**

INSOLVENCY WEST

P O BOX 7346

Philadelphia, PA 19114

**Creditor's email address, if known**

_____

Date debt was incurred _____

Last 4 digits of account number __4__ __7__ __7__ __7__

Do multiple creditors have an interest in the same property?

☑ No.

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                                        $701,210.81

List of Equity Security Holders

Vivian Obiamalu
2234 Feather Rock Road
Diamond Bar CA 91765

Raymond Obiamalu
2234 Feather Rock Road
Diamond Bar CA 91765

Fill in this information to identify the case:

Debtor name _____ Delta Hospice of California, Inc. _____

United States Bankruptcy Court for the:

_____ Central District of California, Riverside Division _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Internal Revenue Service

INSOLVENCY WEST

P O BOX 7346

Philadelphia, PA 19114

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:
estimated FUTA tax for 12/31/2019

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $24,485.72      Priority amount: $24,485.72

**2.2** Priority creditor's name and mailing address

Law office of David Akintimoye

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: unknown      Priority amount: unknown

Debtor  __Delta Hospice of California, Inc._____     Case number *(if known)* _____
      Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,135.00 |
|---|---|---|
| AT & T | *Check all that apply.* | |
| | ☐ Contingent | |
| c/o | ☐ Unliquidated | |
| | ☐ Disputed | |
| 4331 Communications Drive Flr 4W | **Basis for the claim:** __utility__ | |
| Dallas, TX 75211 | **Is the claim subject to offset?** | |
| | ☑ No | |
| Date or dates debt was incurred _____ | ☐ Yes | |
| Last 4 digits of account number   _2__8__3__5_ | | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 |
|---|---|---|
| Brea Imperial Plaza | *Check all that apply.* | |
| | ☐ Contingent | |
| 41593 Winchester 200 | ☐ Unliquidated | |
| Temecula, CA 92590 | ☐ Disputed | |
| | **Basis for the claim:** __Office Lease__ | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | ☑ No | |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 |
|---|---|---|
| Efax aka J2 Global Inc. | *Check all that apply.* | |
| | ☐ Contingent | |
| 6922 Hollywood Blvd. 5th floor | ☐ Unliquidated | |
| Los Angeles, CA 90028 | ☐ Disputed | |
| | **Basis for the claim:** __Utility__ | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | ☑ No | |
| Last 4 digits of account number   _0__2__2__6_ | ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|
| Elite Healthcare Partners DBA Hospice Source | *Check all that apply.* | |
| | ☐ Contingent | |
| c/o Gary Bemis Esq. | ☐ Unliquidated | |
| | ☐ Disputed | |
| 3870 La Sierra Avenue 239 | **Basis for the claim:** __Medical supplies__ | |
| Riverside, CA 92506 | **Is the claim subject to offset?** | |
| | ☑ No | |
| Date or dates debt was incurred _____ | ☐ Yes | |
| Last 4 digits of account number   __ __ __ __ | | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,000.00 |
|---|---|---|
| Employment Development Department | *Check all that apply.* | |
| | ☐ Contingent | |
| Attn: Camelia Ramirez | ☐ Unliquidated | |
| | ☐ Disputed | |
| 646 N. Sierra Way | **Basis for the claim:** __back taxes__ | |
| San Bernardino, CA 92410 | **Is the claim subject to offset?** | |
| | ☑ No | |
| Date or dates debt was incurred _____ | ☐ Yes | |
| Last 4 digits of account number   __ __ __ __ | | |

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 page 2 of 7

Debtor  **Delta Hospice of California, Inc.**                                    Case number *(if known)*
          Name

## Part 2: Additional Page

**3.6** Nonpriority creditor's name and mailing address
Gaba Bemis Esq.

c/o Mickesson

8383 Irvine Center 500

Irvine, CA 92618

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:    **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplies contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
Internal Revenue Service

INSOLVENCY WEST

P O BOX 7346

Philadelphia, PA 19114

Date or dates debt was incurred  _____

Last 4 digits of account number  __4__ __7__ __7__ __7__

As of the petition filing date, the claim is:    **$20,561.98**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                            estimated penalties for tax
                            periods 12/31/2013 and
Basis for the claim:  **09/09/2019**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Marlin Leasing

Sergio I. Scuteri Esq.

8000 Midlantic Dr. 300

Mount Laurel, NJ 08054

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:    **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Copier lease lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Mendelson, Littler

633 West 5th Street

Los Angeles, CA 90071

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:    **$30,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
National Fire Liability

c/o Joseph Stines The Leviton Law Fir.

3 Golf Center 361

Hoffman Estates, IL 60169

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:    **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                            Workers Compensation
Basis for the claim:  **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  __Delta Hospice of California, Inc._____     Case number *(if known)* _____
        Name

| **Part 2:** | **Additional Page** |

---

**3.11** Nonpriority creditor's name and mailing address
    National General Services/Medicare

    c/o Tracy Maxwell

    8115 Knue Road

    Indianapolis, IN 46250

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     **$300,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
    Nextiva Inc.

    8800 East Chaparral Road

    Scottsdale, AZ 85250

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     **$675.71**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address
    Poseidon Chino Corporation

    c/o Manal Askander

    14726 Ramona Avenue Fl. 3

    Chino , CA 91710

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Office lease__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
    Slater V. Delta Briana Kim, Esq.

    249 East Ocean Blvd.

    Long Beach, CA 90802

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     **$50,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lawsuit/judgment__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
    Spectrum

    P O BOX 60074

    City of Industry, CA 91716

Date or dates debt was incurred     _____

Last 4 digits of account number     __8__ __9__ __9__ __0__

As of the petition filing date, the claim is:     **$12,511.94**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    __Delta Hospice of California, Inc._____    Case number *(if known)* _____
          Name

## Part 2:  Additional Page

**3.16** Nonpriority creditor's name and mailing address
T Mobile

T Mobile Bankruptcy Team

P O Box 53410

Bellevue, WA 98015

Date or dates debt was incurred _____

Last 4 digits of account number  __1_ __4_ __0_ __7_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset?
☑ No
☐ Yes

$1,157.00

---

**3.17** Nonpriority creditor's name and mailing address
TIAA Commercial Finance Inc.

P O Box 911608

Denver, CO 80291

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Copier lease

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.18** Nonpriority creditor's name and mailing address
Tiger Connect

2110 Broadway

Santa Monica, CA 90404

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset?
☑ No
☐ Yes

$1,556.00

---

**3.19** Nonpriority creditor's name and mailing address
Vonage Business Phones

23 Main Street

Holmdel, NJ 07733

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset?
☑ No
☐ Yes

$626.86

Debtor  **Delta Hospice of California, Inc.** _____     Case number *(if known)* _____
      Name

## Part 3: List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 Simpluris , Simpluris<br>3194-C Airport Loop<br>Costa Mesa, CA 92626 | Line **3.14**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   __Delta Hospice of California, Inc._____    Case number *(if known)* _____
         Name

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$24,485.72** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$536,314.49** |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$560,800.21** |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Delta Hospice of California, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Central District of California, Riverside Division</td></tr>
<tr><td colspan="2">Case number (if known): <u>6:19-bk-19750-SC</u>      Chapter <u>11</u></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | California<br>Contract to be REJECTED | Poseidon Chino Corporation<br>c/o Manal Askander |
| | State the term remaining | 0 months | 14726 Ramona Avenue Fl. 3 |
| | List the contract number of any government contract | | Chino , CA 91710 |

| | | | |
|---|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Copier lease<br>Contract to be ASSUMED | TIAA Commercial Finance Inc.<br>P O Box 911608 |
| | State the term remaining | 0 months | Denver, CO 80291 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name _____ Delta Hospice of California, Inc. _____

United States Bankruptcy Court for the:

_____ Central District of California, Riverside Division _____

Case number (if known): 6:19-bk-19750-SC _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | | | Column 2: Creditor | |
|---|---|---|---|---|---|---|
| **Name** | **Mailing Address** | | | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ | | | | | |
| | City _____ | State | ZIP Code | | | |
| 2.2 _____ | Street _____ | | | | | |
| | City _____ | State | ZIP Code | | | |
| 2.3 _____ | Street _____ | | | | | |
| | City _____ | State | ZIP Code | | | |
| 2.4 _____ | Street _____ | | | | | |
| | City _____ | State | ZIP Code | | | |
| 2.5 _____ | Street _____ | | | | | |
| | City _____ | State | ZIP Code | | | |

Debtor    Delta Hospice of California, Inc.                              Case number *(if known)* _____
                Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____ Street | | |
| | _____ | | |
| | _____ City    State    ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____ Delta Hospice of California, Inc. _____

United States Bankruptcy Court for the:

_____ Central District of California, Riverside Division _____

Case number (if known): 6:19-bk-19750-SC

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☒  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☒  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☒  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☒  *Schedule H: Codebtors (Official Form 206H)*

☒  *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)*

☐  *Amended Schedule _____*

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐  *Other document that requires a declaration _____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/12/2019
             MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

Vivian Obiamalu
Printed name

CEO
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Delta Hospice of California, Inc. |
| United States Bankruptcy Court for the: | Central District of California, Riverside Division |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | 1.5 million<br>$0.00 |
| **For prior year:** | From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | 1.9 million<br>$0.00 |
| **For the year before that:** | From 01/01/2017 to 12/31/2017<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | 2.3 million<br>$0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2017 to 12/31/2017<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

Debtor ___Delta Hospice of California, Inc._____     Case number *(if known)* _____
       Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Vivian Obiamalu<br>Creditor's name<br><br>2234 Feather Rock Raod<br>Street<br><br><br>Diamond Bar, CA 91765<br>City   State   ZIP Code<br>**Relationship to debtor**<br>Chief Executive Officer | _____ | $96,000.00 | _____ |
| 4.2. Raymond Obiamalu<br>Creditor's name<br><br>20955 Pathfinder Road #100<br>Street<br><br><br>Diamond Bar, CA 91765<br>City   State   ZIP Code<br>**Relationship to debtor**<br>Director | _____ | $350,000.00 | His law firm represented the debtor pre-petition |

Debtor ___Delta Hospice of California, Inc._____      Case number (if known) _____
      Name

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1.  Marlin Leasing<br>    Creditor's name<br>    8000 Midlantic Dr. 300<br>    Street<br>    Sergio I. Scuteri Esq.<br>    Mount Laurel, NJ 08054<br>    City    State    ZIP Code | Copiers/ Printers | 04/19/2019 | _____ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1.  NGS/Medicare<br>    Creditor's name<br>    8115 Knue Road<br>    Street<br><br>    Indianapolis, IN 46250<br>    City    State    ZIP Code | Withheld revenue of the debtor<br>XXXX– ___ ___ ___ ___ | | $148,000.00 |

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | McKesson v. Delta Hospice of California, inc.<br><br>**Case number**<br>_____ | Breach of contract of medical supplies | Riverside County Superior Court<br>Name<br>4050 Main Street<br>Street<br><br>Riverside, CA 92501<br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Slater v. Delta Hospice of California, Inc.<br><br>**Case number**<br>_____ | Collection lawsuit | Los Angeles Superior Court<br>Name<br><br>Street<br><br><br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor ___Delta Hospice of California, Inc._____    Case number *(if known)* _____
            Name

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|

Custodian's name
_____

Street
_____

City          State    ZIP Code

Case title
_____

Case number
_____

Date of order or assignment
_____

Court name and address

Name
_____

Street
_____

City          State    ZIP Code

## Part 4:  Certain Gifts and Charitable Contributions

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name
_____

Street
_____

City          State    ZIP Code

Recipient's relationship to debtor
_____

## Part 5:  Certain Losses

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6:  Certain Payments or Transfers

Debtor    Delta Hospice of California, Inc.                                    Case number *(if known)*
_____
           Name

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Law office of David Akintimoye | Attorney's Fee | 10/23/2019 | $2,000.00 |
| | **Address** | | | |
| | 13800 Heacock Street Suite D113 | | | |
| | Street | | | |
| | | | | |
| | Moreno Valley, CA 92553 | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | daa225110@gmail.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Delta Hospice of California, Inc. | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor    Delta Hospice of California, Inc.                                              Case number *(if known)* _____
          _____
          Name

**13.1.** | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |
| | | | |

Address _____

Street _____

_____

City            State    ZIP Code

Relationship to debtor

_____

---

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
| --- | --- | --- |
| **14.1.** | | From _____ To _____ |
| Street | | |
| | | |
| | | |
| City        State    ZIP Code | | |

---

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| **15.1.** Delta Hospice of California Inc. | Hospice care | 40 |
| Facility name | | |
| 14726 Ramona Avenue Fl. 3 | | |
| Street | | |
| Chino, CA 91710 | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City        State    ZIP Code | | Check all that apply: |
| | _____ | ☐ Electronically |
| | _____ | ☐ Paper |

Debtor ___Delta Hospice of California, Inc._____  Case number *(if known)* _____
        Name

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.  __Medical records_____

   Does the debtor have a privacy policy about that information?

   ☑ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☑ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   | --- | --- |
   | ADP/PAYCHECK | EIN: _7_1_ – _0_9_8_4_7_7_7_ |

   Has the plan been terminated?

   ☑ No

   ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>_____<br>City        State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    Delta Hospice of California, Inc.                                          Case number *(if known)* _____
              Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ❑ No |
| | Name | | | ❑ Yes |
| | Street | | | |
| | | Address | | |
| | City          State   ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ❑ No |
| | Name | | | ❑ Yes |
| | Street | | | |
| | | Address | | |
| | City          State   ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State   ZIP Code | | | |

## Part 12:  Details About Environmental Information

Debtor    Delta Hospice of California, Inc.                        Case number *(if known)* _____
            Name

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | | |
| | City    State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City  State  ZIP Code | City  State  ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City  State  ZIP Code | City  State  ZIP Code | | |

| Debtor | Delta Hospice of California, Inc. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>_____<br>City        State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____   To _____ |

**26. Books, records, and financial statements**

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. Robert Bruce, CPA<br>Name<br><br>4549 Francis Avenue<br>Street<br><br>Chino, CA 91710<br>City          State          ZIP Code | | | From _____   To _____ |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. Mfoniso Eka, BSE Financial Services<br>Name<br><br>Sepulveda Blvd<br>Street<br><br>Inglewood, CA<br>City          State          ZIP Code | | | From _____   To _____ |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

Debtor    Delta Hospice of California, Inc.                                                Case number *(if known)* _____
        Name

| Name and address | | | Dates of service | |
| --- | --- | --- | --- | --- |
| 26b.1. | | | From _____ To _____ | |
| Name | | | | |
| Street | | | | |
| City | State | ZIP Code | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ☑ None

| Name and address | | | If any books of account and records are unavailable, explain why |
| --- | --- | --- | --- |
| 26c.1. | | | |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ☑ None

| Name and address | | |
| --- | --- | --- |
| 26d.1. | | |
| Name | | |
| Street | | |
| City | State | ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

Debtor   Delta Hospice of California, Inc.
         _____                Case number (if known) _____
         Name

**Name and address of the person who has possession of inventory records**

27.1.   _____
        Name

        _____

        _____
        Street

        _____

        _____
        City                    State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the
    debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vivian Obiamalu | 2234 Feather Road Road Diamond Bar, CA | Chief Executive Officer, | 51.00 % |
| Raymond Obiamalu | 2234 Feather Road Road Diamond Bar, CA | Director , | 49.00 % |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or
    shareholders in control of the debtor who no longer hold these positions?
    ☑ No
    ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ |
|  |  |  | To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on
    loans, stock redemptions, and options exercised?
    ☐ No
    ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Vivian Obiamalu | Ninety Nine thousand dollars | 01/09/2019 | _____ |
| Name |  |  |  |
| 2234 Feather Road Road | | | |
| Street | | | |
| | | | |
| Diamond Bar, CA | | | |
| City          State    ZIP Code | | | |

**Relationship to debtor**

CEO
_____

Debtor    Delta Hospice of California, Inc.                                                   Case number (if known) _____
          _____
          Name

**WARNING – Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____11/12/2019_____
             MM/ DD/ YYYY

X _____
   Signature of individual signing on behalf of the debtor

   _____         CEO / COO, Administrator
   Position or relationship to debtor

Printed name  VIVIAN OBIAMALU
             _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## Central District of California

In re

Delta Hospice of California, Inc.

**Debtor(s)**

Case No. 6:19-bk-19750-SC

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . | TBD |
| Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . | $2,000.00 |
| Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $17.00 |

2. The source of the compensation to be paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/12/2019
**Date**

*Signature of Attorney*

David A Akintimoye
Bar Number: 225110
Law office of David Akintimoye
Phone: (951) 656-5777

Law office of David Akintimoye
*Name of law firm*