**FILED & ENTERED**

**DEC 03 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – Riverside Division

| | |
|---|---|
| In re<br><br>Delta Hospice of California, Inc,<br><br>　Debtor. | Case No. 6:19-bk-19750-SC<br><br>Chapter 11<br><br>**ORDER DENYING MOTION FOR ORDER PURSUANT TO 11 U.S.C. § 366: (i) PROHIBITING UTILITIES SERVICE PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES TO, OR DISCRIMINATING AGAINST THE DEBTOR, (ii) PROVIDING THAT A SINGLE DEPOSIT FOR ALL DEBTOR'S UTILITIES SHALL CONSTITUTE "ADEQUATE ASSURANCE" OF FUTURE PAYMENT**<br><br>**Hearing Date**:<br>Date: December 3, 2019<br>Time: 1:30 p.m.<br>Video Courtroom 126<br>3420 Twelfth Street<br>Riverside, CA 92501 |

　　The Debtor's Motion for Order Pursuant to 11 U.S.C. § 366: (i) Prohibiting Utilities Service Providers from Altering, Refusing, or Discontinuing Services to, or Discriminating Against the Debtor, (ii) Providing that a Single Deposit for all Debtor's

1

Utilities Shall Constitute "Adequate Assurance" of Future Payment ("Motion") was heard on December 3, 2019, at 1:30 p.m. Appearances are as noted on the record.

The Court, having reviewed and considered the Motion, finds that the Motion was not served in accordance with FRBP 7004(b)(3) and therefore failed to provide adequate service of process to multiple corporate service providers. Thus, the Court finds good cause appearing to DENY the Motion without prejudice.

**IT IS SO ORDERED.**

###

Date: December 3, 2019

Scott C. Clarkson
United States Bankruptcy Judge