| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID A. AKINTIMOYE SBN225110<br>LAW OFFICE OF DAVID AKINTIMOYE<br>13800 HEACOCK STREET SUITE D113<br>MORENO VALLEY CA 92553<br>TEL: 951-656-5777<br>FAX: 951-656-2999<br>EMAIL: DAA225110@GMAIL.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Delta Hospice of California Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>DELTA HOSPICE OF CALIFORNIA INC.<br><br><br><br><br>Debtor(s). | CASE NO.: 6:19-bk-19750-SC<br>CHAPTER: 11<br><br>**DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** |
|---|---|

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this court for an Order converting the above chapter  11  case to a case under chapter  7  on the grounds set forth below:

2. **Filing Information:**

   a. ☒ A Voluntary Petition under chapter    ☐ 7   ☒ 11   ☐ 12   ☐ 13   was filed on: 11/01/2019

   b. ☐ An Involuntary Petition under chapter   ☐ 7   ☐ 11   was filed on: _____
      ☐ An Order of Relief under chapter        ☐ 7   ☐ 11   was entered on: _____

   c. ☐ An Order of Conversion to chapter       ☐ 7   ☐ 11   ☐ 12   ☐ 13   was entered on: _____

   d. ☐ Other *(specify):* _____
      _____
      _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 1                    F 1017-1.1.MOTION.DEBTOR.CONVERT

3. **Procedural Status**

    a. Name of trustee appointed *(if any)*: None

    b. Name of attorney of record for trustee *(if any)*: None

4. Debtor alleges that this case has not been previously converted.

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 11 to a case under chapter 7 .

Date: 12/11/2019

Respectfully submitted,

Law office of David Akintimoye
Printed name of law firm

_[signature]_
Signature

Delta Hospice of California Inc.
Printed name of Debtor/trustee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                    F 1017-1.1.MOTION.DEBTOR.CONVERT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law office of David Akintimoye, 13800 Heacock Street, Suite D113, Moreno Valley CA 92553

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/11/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Abram Feuerstein, esq   ustpregion16.rs.ecf@usdoj.gov on behalf of the United States Trustee
Everett L Green   ustpregion16.rs.ecf@usdoj.gov on behalf of the United States Trustee
Roksana D. Moradi-Brovia   roksana@rhmfirm.com on behalf of interested party
Jolene Tanner   jolene.tanner@usdoj.gov on behalf of the United States Government/Internal Revenue Service

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/11/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

1. Hon. Scott Clarkson, United States Bankruptcy Judge, 411 West 4th Street, Suite 5130, Santa Ana CA 92701
2. Elan Levey, Assistant United States Attorney, 300 N. Los Angeles St. Suite 7516, Los Angeles CA 90012 on behalf of U.S. Department of Health Services/Medicare

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/11/2019 | Elizabeth Akintimoye | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 3                F 1017-1.1.MOTION.DEBTOR.CONVERT

ADP
P.O. BOX 12513
EL PASO, TX 79912

ARENT FOX
555 WEST 5TH ST.48TH FL
LOS ANGELES, CA 90013

ADVANCE CARE PHARMACY
528 N. BROADWAY
ESCONDIDO CA 92025

BALBOA CAPITAL
575 ANTON BLVD
12TH FLOOR
COSTA MESA CA 92626

BANK OF AMERICA
735 N EUCLID AVENUE
ONTARIO, CA 91762

BREA IMPERIAL PLAZA
41593 WINCHESTER ROAD, #200
TEMECULA, CA 92590

CARLOS MORAN
P. O. BOX 2683
CHINO HILLS, CA 91709

CA DEPT. OF PUBLIC HEALTH
P.O. BOX 997376
SACRAMENTO, CA 95899-7376

1

CEDAR HOLDING DBA HIGHLAND PALMS
7534 PALM AVENUE
HIGHLAND, CA 92346

CENTRATEL
141 NW GREENWOOD AVENUE, SUITE 200
BEND OR 97703

CHINO MEDICAL PHARMACY
5365 WALNUT AVE., #D
CHINO CA 91710

COUNTY OF SAN BERNARDINO
268 WEST HOSPITALITY 1ST FL
SAN BERNARDINO CA 92415-0465

DEPARTMENT OF HEALTH CARE SERVICES
1501 CAPITAL AVENUE MS-1101
P O BOX 997413
SACRAMENTO CA 95899

ELIZABETH CHIDI, ESQ.
815 ARBOR CIRCLE
LA VERNE CA 91750

EMPLOYMENT DEVELOPMENT DEPARTMENT
ATTN: CAMELIA RAMIREZ
646 N. SIERRA WAY
SAN BERNARDINO, CA 92410

FRANK PECK II
13920 CITY CENTER DR. #210
CHINO HILLS, CA 91710

ELITE HEALTHCARE PARTNERS DBA HOSPICE SOURCE
ATTN: GARY BEMIS ESQ.
3870 LA SIERRA AVENUE, #239
RIVERSIDE, CA 92505

2

FRANCHISE TAX BOARD,
P.O. BOX 942857
SACRAMENTO, CA 94257-0511

FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI, OH 45274-0407

HENDRICK FIRE PROTECTION
13309 CENTRAL AVENUE
CHINO CA 91710

INTERNAL REVENUE SERVICE
ATTN: M. ROHNER
290 N. D ST.,
SAN BERNARDINO CA 92401

JAMS - $1700
18881 VON KARMAN AVENUE
IRVINE CA 92612-8651

LAUREL WELLNESS & NURSING
7509 LAUREL AVENUE
FONTANA, CA 92336

LEXIS NEXIS
CCC OF NEW YORK
34 SEYMOUR ST
TONAWANDA NY 14150

LITTLE MENDELSON
633 W. 5TH ST, FL 63
LOS ANGELES, CA 90071

3

MANIS & RYAN
100 W. HIGH ST.
#2110
MOORPARK CA 93021

MARLING LEASING
SERGIO I. SCUTERI, ESQ.
8000 MIDLANTIC DR, #300, MT. LAUREL NJ

MCKESSON
GABA GUERRINI LAW CORP
8383 IRVINE CTR, #500
IRVINE CA 92618

MEDEXPRESS DRUG SYSTEMS
425 W. RIDER ST., #B2
PERRIS CA 92571

MOBILE DIGITAL XRAY
C/O REVENUE DYNAMICS
2105 FOOTHILL BL., #B261
LA VERNE CA 91750

NATIONAL FIRE LIABILITY
C/O THE LEVITON LAW FIR
3 GOLF CTR., #361
HOFFMAN EST IL 60169

NGS MEDICARE
8115 KNUE RD
INDIANAPOLIS INDIANA 46250

NOTEEFIED
1050 LAKES DRIVE
WEST COVINA CA 91790

PAYCHEX, INC.
PO BOX 911931
DALLAS TX 75391

PCN
6774 MAGNOLIA AVENUE
RIVERSIDE CA 92506

PINNACLE HEALTHCARE
5383 S. 900 EAST #204
SALT LAKE CITY UT 84117

POSEIDON CHINO CORP
MANAL ASKANDER
14726 RAMONA AVE, FL. 3
CHINO CA 91710

PREMIER MEDICAL TRANSPORTATION
575 MAPLE COURT
COLTON CA 92324

PSG CAPITAL PARTNERS
16441 SCIENTIFIC WAY, #250
IRVINE CA 92618

ROBERT LEGATE, ESQ.
2753 CAMINO CAPISTRANO, #A101
SAN CLEMENTE CA 92672

SCHRADER MEDICAL SUPPLY
DANIEL FRANKSTON
SWEET & WALKER, P.C.
P.O. BOX 27558
SAN FRANCISCO CA 94127

SLATER V. DELTA
BRIANA KIM, ESQ.
249 E. OCEAN BL., LONG BEACH CA 90802

SPECTRUM
PO BOX 60074
CITY OF INDUSTRY CA 91716

SPRINT
PO BOX 4181
CAROL STREAM IL 60197-4181

SRG LAW GROUP
8241 WHITE OAK AVENUE
RANCHO CUCAMONGA CA 91730

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257-0511

TIAA COMMERCIAL FINANCE, INC.
P O BOX. 911608
DENVER CO 80291-1608

THEODORA OKAFOR
5365 WALNUT AVE., #D
CHINO CA 91710

THE HEALTH GROUP
6220 MID ATLANTIC DT.
MORGANTOWN WV 26508

TIM EJINDU
14726 RAMONA AVE, #200
CHINO CA 91765

T-MOBILE
P.O. BOX 790047
ST. LOUIS MO 63179-0047

WIIRE
ATTLESEY STORM
2552 WALNUT AVE, #100
TUSTIN CA 92780

VERIZON WIRELESS
C/O DIVERSIFIED ADJUSTMENT SERVICE, INC.
PO BOX 32145

VILLAGE SQUARE HEALTHCARE
CENTRAL BILLING OFFICE
22398 FOOTHILL BLVD.
HAYWARD CA 94541

VISTA COVE CARE AT CORONA
HATOFF & MINASSIAN
1857 BURBANK BL., SUITE 100
TARZANA CA 91356