TODD A. FREALY (SBN 198780)
CHAPTER 7 TRUSTEE
3403 Tenth Street, Suite 709
Riverside, CA 92501
Telephone: (951) 784-4122
Facsimile: (951) 784-7143
Email: TAFTRUSTEE@LNBYB.COM

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| In re | Case No. 6:19-bk-19750-SC |
|---|---|
| DELTA HOSPICE OF CALIFORNIA, INC., | Chapter 7 |
| Debtor. | **NOTICE OF TRUSTEE'S INTENTION TO ABANDON ESTATE PROPERTY [11 U.S.C. § 554(a)]** |
| | (No Hearing Required) |

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy Rule 6007-1, Todd A. Frealy, the Chapter 7 Trustee ("Trustee") for the estate of Delta Hospice of California, Inc., Debtor herein ("Debtor"), intends to abandon the estate's interest, if any, in the personal property listed as office furniture and equipment at the Debtor's business premises located at 14726 Ramona Avenue, Suite 200, Chino, California (collectively referred to as the "Personal Property").

The Trustee is informed and believes that there is not any realizable equity in the Personal Property because the value of the Personal Property is encumbered by liens and is exceeded by sale costs and administrative costs. As a result, the Trustee hereby intends to abandon the Personal Property because it has inconsequential value and benefit to the estate.

Hence, the Trustee believes that the proposed abandonment is in the best interests of the estate and its creditors.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 6007-1, any objection or request for hearing must be filed with the Court and served on the Trustee not more than fourteen (14) days after service from this Notice. If no request for hearing is timely filed and served, the Trustee may take the proposed action and the Trustee will be deemed to have abandoned any interest in the Personal Property fourteen (14) days from the date of mailing this notice, which date is noted below. No court order will be required for the abandonment to be effective.

If a timely objection and request for hearing is filed and served, the Trustee shall within 21 days from the date of service of the response and request for hearing schedule and give not less than 14 days notice of a hearing to those responding and to the United States Trustee. The proceedings in such matters will be governed by Local Bankruptcy Rule 9013-1(o).

DATED: February 20, 2020

                                                  */s/ Todd A. Frealy*
                                                  TODD A. FREALY
                                                   Chapter 7 Trustee

Mailing date: February 20, 2020

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S INTENTION TO ABANDON ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 20, 2020**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Todd A. Frealy (TR)    taftrustee@lnbyb.com, taf@trustesolutions.net
- Everett L Green    everett.l.green@usdoj.gov
- Derek R Hoffman    Derek.Hoffman@GreshamSavage.com, Dina.Snider@GreshamSavage.com
- Roksana D. Moradi-Brovia    roksana@rhmfirm.com, matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 20, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Delta Hospice of California Inc
14726 Ramona Avenue #200
Chino, CA 91710

**[ALL CREDITORS SERVED – SEE ATTACHED MATRIX]**    ☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 20, 2020 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing        Delta Hospice of California Inc        UNITED STATES OF AMERICA on behalf of the IN
0973-6                                  14726 Ramona Avenue #200               U.S. Attorney's Office - Tax Divisi
Case 6:19-bk-19750-SC                   Chino, CA 91710-5730                   300 N. Los Angeles St., Room 7211
Central District of California                                                 Attn: Jolene Tanner
Riverside                                                                      Los Angeles, CA 90012-3342
Thu Feb 20 16:40:42 PST 2020

Riverside Division                      ADP                                    ARENT FOX
3420 Twelfth Street)                    P.O. BOX 12513                         555 WEST 5TH ST.48TH FL
Riverside CA 92501-3819                 EL PASO, TX 79913-0513                 LOS ANGELES, CA 90013-1065


BANK OF AMERICA                         BREA IMPERIAL PLAZA                    CA DEPT. OF PUBLIC HEALTH
735 N EUCLID AVENUE                     41593 WINCHESTER ROAD, #200            P.O. BOX 997376
ONTARIO, CA 91762-2711                  TEMECULA, CA 92590-4857                SACRAMENTO, CA 95899-7376


CARLOS MORAN                            CEDAR HOLDING DBA HIGHLAND PALMS       COUNTY OF SAN BERNARDINO
P. O. BOX 2683                          7534 PALM AVENUE                       268 WEST HOSPITALITY 1ST FL
CHINO HILLS, CA 91709-0090              HIGHLAND, CA 92346-3736                SAN BERNARDINO CA 92415-0465


County of San Bernardino                ELITE HEALTHCARE PARTNERS DBA HOSPICE SOURCE   EMPLOYMENT DEVELOPMENT DEPARTMENT
Office of The Tax Collector             ATTN: GARY BEMIS ESQ.                  ATTN: CAMELIA RAMIREZ
268 W Hospitality Ln 1st Flr            3870 LA SIERRA AVENUE, #239            646 N. SIERRA WAY
San Bernardino CA 92415-0360            RIVERSIDE, CA 92505-3528               SAN BERNARDINO, CA 92410-4414


FRANCHISE TAX BOARD                     FRANCHISE TAX BOARD,                   FRANK PECK II
BANKRUPTCY SECTION MS A340              P.O. BOX 942857                        13920 CITY CENTER DR. #210
PO BOX 2952                             SACRAMENTO, CA 94257-0511              CHINO HILLS, CA 91709-5443
SACRAMENTO CA 95812-2952


FRONTIER COMMUNICATIONS                 HENDRICK FIRE PROTECTION               Hospice Solutions Inc
PO BOX 740407                           13309 CENTRAL AVENUE                   dba Elite Healthcare Partners
CINCINNATI, OH 45274-0407               CHINO CA 91710-5102                    Law Offices of Gary A Bemis
                                                                               3870 La Sierra Ave Ste 239
                                                                               Riverside CA 92505-3528


(p)INTERNAL REVENUE SERVICE             LAUREL WELLNESS & NURSING              LITTLE MENDELSON
CENTRALIZED INSOLVENCY OPERATIONS       7509 LAUREL AVENUE                     633 W. 5TH ST, FL 63
PO BOX 7346                             FONTANA, CA 92336-2315                 LOS ANGELES, CA 90071-2005
PHILADELPHIA PA 19101-7346


MCKESSON                                MEDEXPRESS DRUG SYSTEMS                NATIONAL FIRE LIABILITY
GABA GUERRINI LAW CORP                  425 W. RIDER ST., #B2                  C/O THE LEVITON LAW FIR
8383 IRVINE CTR, #500                   PERRIS CA 92571-3230                   3 GOLF CTR., #361
IRVINE CA 92618                                                                HOFFMAN EST IL 60169-4910


NGS MEDICARE                            PAYCHEX, INC.                          PINNACLE HEALTHCARE
8115 KNUE RD                            PO BOX 911931                          5383 S. 900 EAST #204
INDIANAPOLIS INDIANA 46250-1936         DALLAS TX 75391-1931                   SALT LAKE CITY UT 84117-7272
```

```
POSEIDON CHINO CORP              ROBERT LEGATE, ESQ                    SLATER V. DELTA
MANAL ASKANDER                   2753 CAMINO CAPISTRANO, #A101         BRIANA KIM, ESQ.
14726 RAMONA AVE, FL. 3          SAN CLEMENTE CA 92672-5823            249 E. OCEAN BL., LONG BEACH CA 90802
CHINO CA 91710-5730


SPECTRUM                         (p)SPRINT NEXTEL CORRESPONDENCE       SRG LAW GROUP
PO BOX 60074                     ATTN BANKRUPTCY DEPT                  8241 WHITE OAK AVENUE
CITY OF INDUSTRY CA 91716-0074   PO BOX 7949                           RANCHO CUCAMONGA CA 91730-7671
                                 OVERLAND PARK KS 66207-0949


(p)T MOBILE                      THE HEALTH GROUP                      TIAA COMMERCIAL FINANCE, INC.
C O AMERICAN INFOSOURCE LP       6220 MID ATLANTIC DT.                 P O BOX. 911608
4515 N SANTA FE AVE              MORGANTOWN WV 26508-4293              DENVER CO 80291-1608
OKLAHOMA CITY OK 73118-7901


TIM EJINDU                       United States Trustee (RS)            WIIRE
14726 RAMONA AVE, #200           3801 University Avenue, Suite 720     ATTLESEY STORM
CHINO CA 91710-5730              Riverside, CA 92501-3255              2552 WALNUT AVE, #100
                                                                       TUSTIN CA 92780-6984


Timothy J. Stacy, DNP,ACNP-BC    Todd A. Frealy (TR)
c/o Resnik Hayes Moradi LLP      3403 Tenth Street, Suite 709
17609 Ventura Blvd.              Riverside, CA 92501-3641
Suite 314
Encino, CA 91316-5132
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICE         SPRINT                                (d)Sprint Corp.
ATTN: M. ROHNER                  PO BOX 4181                           Attn: Bankruptcy
290 N. D ST.,                    CAROL STREAM IL 60197-4181            PO Box 7949
SAN BERNARDINO CA 92401                                                Overland Park, KS 66207-0949


T-MOBILE
P.O. BOX 790047
ST. LOUIS MO 63179-0047
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                  (u)Poseidon Chino Corporate Center, LLC    (u)1
                                 14269 Fern Avenue
                                 Chino
```

```
(u)MARLING LEASING
SERGIO I. SCUTERI, ESQ.
8000 MIDLANTIC DR, #300, MT. LAUREL


                              End of Label Matrix
                              Mailable recipients    43
                              Bypassed recipients     4
                              Total                  47
```